■ WALTER TAUSSIG, Appellant, v GEORGE SZABAD, as Mayor of the Village of Scarsdale, et al., Respondents and E. LAUGHERY, as Executive Director of the Westchester Association for Retarded Citizens, et al., Respondents-Respondents. WALTER TAUSSIG, Appellant, v WESTCHESTER ASSOCIATION FOR RETARDED CITIZENS et al., Respondents.—Appeal from an order of the Supreme Court, Westchester County, dated October 7, 1978, dismissed. Appellant has apparently abandoned his appeal. Judgment of the same court entered May 2, 1979, affirmed upon the memorandum decision of Mr. Justice Walsh at Special Term. Respondents-respondents and defendants-respondents are awarded one bill of costs. Damiani, J. P., Gibbons, Margett and Martuscello, JJ., concur.